986 A.2d 128

**Jeffrey and Kimberly ORSAG, Husband and Wife, Petitioners**

v.

**FARMERS NEW CENTURY INSURANCE, Respondent.**

Supreme Court of Pennsylvania.

Dec. 29, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of December, 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the issue set forth below. The issue, restated for clarity, is:

If an insured signs an insurance application that contains lowered uninsured/underinsured motorist coverage limits, is that signature alone sufficient to meet the requirements of Section 1734 of Pennsylvania's Motor Vehicle Financial Responsibility Law?